Amendment to Complaint Civil Cause with Mens rea #: 1:2023cv00168

FILED
2023 FEB 22 PM 12:48
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

for Austin, Texas Western U.S. Federal District Court

For Consideration in suit with extra district Cause 6:2022cv00177

The application of research and informatics and secondary observations by Plaintiff Heather Monger in search for why Defendants would weaponize Texas Family Code and Texas Criminal Law in a way to specifically harm Plaintiff has revealed avenues of a political nature that are hate-based and anti-competitive and not applicable to protecting

(1)

and correcting but rather to the intential staging of a young woman's (Plaintiff's) medical vulnerability in a scheme to ruin her reputation, humiliate her, harm her psychologically, neuropsychologically and scare people to the point that Plaintiff cannot teach at Texas A&M University, teach at a public school, obtain a Real Estate License or an Insurance License, attend post-secondary professional schools and conduct herself as she would have a year earlier, for Plaintiff Heather Menger aka Gus F. Menger III had a cleaner record than some professors, some police, and several Realtors, and a trans-female with these good qualities whom also has a PhD and future goals to serve as Governor of the State of Texas became a political

(2)

threat to Mrs. Wages and Representative Cody Harris, State House Representative, 8th District, with Mrs. Wages potentially desguised through cosmetic surgeries as and through an Internet presence as 1) Representative Angela Orr, Texas House 13th District, Dr. Joseph Orr, a professor of Neuro psychology, Learning and Goal Prioritization as a function of Attention and Cognition, and 3) a young "teenage like" student in or around an independant school destrict in LaGrange, Texas. Why such evasive maneuvering of Defendant Mrs. Wages? She and other Realtors falsified testimony on the court stand vis-à-vis e-mail correspondence with the court accepting no realistic substantiation that Heather Monger was a threat. Heather Monger was treated

(3) (2)

like a pornographic joke to coerce by Wages et alias or Orr et alias to motivate her (Plaintiff Heather Menger) to self-terminate. This would be used to support the conservative extremist and unsettling populist authoritarian campaign of Rep. Angela Orr. Notification that Plaintiff Heather Menger was violated was ignored — a plea for help — by President M. Katherine Banks, Texas A & M University. They want me gone — dead or alive.

Plaintiff,

Heather Menger, PhD.

Plaintiff earned $175.xx selling hay this past week. And, she has been given $700 from the proceeds of a real estate sale. Paying bills and Medical procedure.

(3)(4)