IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HEATHER V.C.E. MENGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| KRISTY WAGES, RANDY | § | 1:23-CV-168-DII |
| WAGES, PALESTINE BOARD | § | |
| OF REALTORS, ANDERSON | § | |
| COUNTY, TEXAS, AND THE | § | |
| STATE OF TEXAS, | § | |
| | § | |
| Defendants. | | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Plaintiff Heather Menger's complaint pursuant to 28 U.S.C. § 1915(e). (R&R, Dkt. 20). The Court dismissed Menger's complaint, (Dkt. 1), with prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on June 20, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE